IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HICKS, | CASE NO. CV-F-07-0006 LJO DLB P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FURNISH INFORMATION SUFFICIENT TO EFFECT SERVICE OF PROCESS ON DOE DEFENDANTS |
| JOHN DOE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's complaint, filed on January 4, 2007, against five John Doe defendants for excessive force in violation of the Eighth Amendment. Because plaintiff is proceeding in forma pauperis, the Court must appoint the United Stats Marshal to serve each defendant with the summons and complaint.  Fed.R.Civ.Prpc. 4(c)(2).  However, the Court cannot locate and serve unidentifed defendants.

Within thirty days form the date of service of this order, plaintiff shall provide the court with further information to assist the Marshal in serving defendants.  The court is aware the plaintiff does not know the names of the officers.  From the complaint, it appears that defendants held the position of Correctional Officer in March/April 2005, worked at Corcoran State Prison 4B SHU, 2 Left Building. If plaintiff can remember any other details that might assist the court and the Marshal, plaintiff shall so inform the court.

1    Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date
2 of service of this order, plaintiff shall provide the court with any and all information he has that might
3 help the Marshal identify and serve defendants John Does 1 -5.
4    IT IS SO ORDERED.
5    **Dated:   November 30, 2007**             **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE