IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | 1:07-cv-00006 LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO ORDER |
| vs. | |
| JOHN DOES 1 thru 5, | (DOCUMENT #11) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2008, plaintiff filed a motion to extend time to respond to the Court's order of December 3, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to the order.

IT IS SO ORDERED.

Dated:   **February 12, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE