IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DOES 1 thru 5,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-0006 LJO DLB (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FURNISH INFORMATION SUFFICIENT TO EFFECT SERVICE OF PROCESS **AND** FILE FURTHER OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #15)<br><br>THIRTY DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 19, 2008, plaintiff filed a motion to extend time to furnish information sufficient to effect service of process pursuant to the Court's order of December 3, 2007 (Doc. 10) and file further objections to the Findings and Recommendations issued on January 23, 2008 (Doc. 12). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to furnish information sufficient to effect service of process pursuant to the Court's order of December 3, 2007 and file further objections to the Findings and Recommendations issued on January 23, 2008.

　　　　IT IS SO ORDERED.

　　**Dated:　March 11, 2008**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE