# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | CASE NO. 1:07-cv-00006-LJO-DLB PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| JOHN DOES 1 THRU 5, et al., | |
| Defendants. | (Doc. 10) |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, and is entitled to rely on the United States Marshal to effect service of process. Fed. R. Civ. Pro. 4(c). This action is proceeding on plaintiff's complaint, filed January 4, 2007, against five unidentified defendants for excessive force in violation of the Eighth Amendment. On December 3, 2007, the court ordered plaintiff to provide any and all information that might help the United States Marshal identify and serve the unidentified defendants. On March 3, 2008, plaintiff filed a response to the court's order, identifying **Correctional Officer J. Blackburn at CSP-Corcoran** as one of the John Doe defendants. Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    C/O J. BLACKBURN

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 4, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed complaint filed January 4, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   August 13, 2008**              /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE