IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | 1:07-cv-0006 LJO DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| JOHN DOES 1 THRU 5, et al., | (DOCUMENT #26) |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2008, plaintiff filed a motion to extend time to file his objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted an extension of time to file his objections to the findings and recommendations. Any objection must be filed no later than **September 22, 2008**.

IT IS SO ORDERED.

Dated:   **August 28, 2008**        /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE