# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1 THRU 5, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-0006-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Docs. 16, 22) |

Plaintiff Michael Hicks ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 12, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. After obtaining an extension of time, plaintiff filed an Objection to the Findings and Recommendations on September 15, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 12, 2008, is adopted in full; and
2. Plaintiff's motions for a court order, filed, February 25, 2008, and April 7, 2008 are DENIED.

IT IS SO ORDERED.

**Dated:   September 28, 2008**           /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE