1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
8

## EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL J. HICKS,                         CASE NO. 1:07-cv-0006-LJO-DLB PC

10            Plaintiff,                      ORDER VACATING FINDINGS AND
                                             RECOMMENDATIONS
11     v.
                                             (Doc. 12)
12  J. BLACKBURN, et al.,
                                             ORDER ON PLAINTIFF'S MOTION FOR
13            Defendants.                     DETERMINATION

14  _____/        (Doc. 23).

15

16          On January 23, 2008, this Court issued Findings and Recommendations recommending that

17  this action be dismissed for plaintiff's failure to obey a court order. (Doc. 12). Plaintiff has since

18  complied with the Court's order and therefore the Findings and Recommendations are HEREBY

19  VACATED.

20          Plaintiff's motion for an order addressing the Findings and Recommendations, filed June 2,

21  2008, (Doc. 23), is DEEMED RESOLVED by this order.

22          IT IS SO ORDERED.

23  **Dated:   October 24, 2008**              _____/s/ **Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1