IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| MICHAEL J. HICKS, | ) | |
| | ) | |
| Plaintiffs, | ) | CV 07-CV-00006 BLW-LMB (PC) |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| J. BLACKBURN, JOHN DOES 2 THRU 5, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff was ordered to pay the filing fee and reimburse the U.S. Marshal Service for service fees no later than February 3, 2010, and was warned that failure to do so would result in his case being dismissed without prejudice. Plaintiff has failed to take action as ordered. NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 1) and this entire case are DISMISSED without prejudice.

DATED: **March 17, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

ORDER- 1