IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| MICHAEL J. HICKS, | ) | |
| | ) | |
| Plaintiffs, | ) | CV 07-CV-00006 BLW-LMB (PC) |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| J. BLACKBURN, JOHN DOES 2 THRU 5, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Earlier on this date, the Court dismissed this entire action without prejudice. In accordance with that Order, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this entire case is DISMISSED without prejudice.

DATED: **March 17, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

JUDGMENT 1